IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

TERESA L. SIFERS, )
)
   Plaintiff, ) Case No. 7:05CV00583
)
v. )
) **ORDER**
JO ANNE B. BARNHART, )
   COMMISSIONER OF SOCIAL SECURITY, )
) By: James C. Turk
   Defendant. ) Senior United States District Judge

Pursuant to 28 U.S.C. § 636(b)(1)(B), this case was referred to the Honorable Michael F. Urbanski, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered affirming the Commissioner's final decision, granting the defendant's motion for summary judgment, and denying the plaintiff's motion for summary judgment. Objections to the report have not been filed. Upon review of the record, it is of the opinion of the court that the report be adopted.

**IT IS ORDERED** that the final decision of the Commissioner shall be and hereby is, **Affirmed**.

**IT IS FURTHER ORDERED** that the defendant's motion for summary judgment (dkt no. 11) shall be and hereby is **Granted**, and the plaintiff's motion for summary judgment (dkt no. 9) shall be and hereby is, **Denied**.

1

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER: This 26th day of June, 2006.

*James C Turk*
James C. Turk
Senior United States District Judge